Writ of Mandamus Denied, Opinion issued January 3, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01717-CV

### IN RE PERRY LEWIS SMART, Relator

Original Proceeding from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 1256097

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Murphy
Opinion by Justice O'Neill

Relator contends the trial court violated a ministerial duty by not rendering a judgment in his favor as a matter of law. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

MARY MURPHY
JUSTICE

121717F.P05